**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 8, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00487-CV

_____

**DAWN JOHNSON WHATLEY, Individually and as the Executrix of the Estate of Perry Lee Whatley, and MICHAEL EASTON, Appellants**

**V.**

**MYLUS JAMES WALKER, JR., Appellee**

---

**On Appeal from the Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 355,095**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed May 11, 2011, sustaining the contests to appellant Dawn Johnson Whatley's affidavit of indigency. *See* Tex. R. App. P. 20.1. On October 27, 2011, appellants filed an unopposed motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Anderson and McCally.